FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 02 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------- X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

--------------------------------------------------

This Document Relates to: All Cases

-------------------------------------------------- X

Case No. 09-160 (ERK)(JO)

(Consolidated with CV 96-4849,
CV 96-5161 and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING SET 1: 152 ADJUSTMENTS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, Senior Judge:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, and my June 16, 2010 Memorandum and Order Approving Adjustment of Presumptive Values Used in the Claims Resolution Process and Authorizing Additional Payments for Deposited Assets Class Plausible Undocumented Awards, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 152 Certified Adjustments listed in Annexes A and B.

The Certified Adjustments listed in Annexes A and B have been certified by the CRT in accordance with the presumptive value adjustment amounts set forth in my June 16, 2010 Memorandum & Order (*see* chart, "Article 29 Value Presumptions for Accounts with Unknown or Low Values (1945 Values)").

I hereby authorize the Swiss Deposited Assets Program of the CRT (SDAP) to provide notification to the appropriate class members of these 152 Certified Adjustments as

A/73416914.1

listed in Annexes A and B, and to obtain from these class members the documentation necessary to effectuate payment.

I will issue additional orders approving Adjustments certified by the CRT as the CRT certifies them to this Court.

Dated: Brooklyn, New York
June 30, 2010

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge