UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------- x

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

----------------------------------------------------

This Document Relates to: All Cases

---------------------------------------------------- X

Case No. 09-160 (ERK)(JO)

(Consolidated with CV 96-4849,
CV 96-5161 and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER AUTHORIZING PAYMENT FROM THE SETTLEMENT FUND FOR SET 2: 150 ADJUSTMENTS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS

KORMAN, Senior Judge:

On July 6, 2010, I approved Set 2 of 150 Adjustments Certified by the Claims Resolution Tribunal ("CRT") Pursuant to Article 31(2) of the Rules Governing the Claims Resolution Process and authorized the Swiss Deposited Assets Program of the CRT ("SDAP") to provide notification to the appropriate class members of those 150 Certified Adjustments as listed in Annex A, and to obtain from those class members the documentation necessary to effectuate payment. As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, and my June 16, 2010 Memorandum and Order Approving Adjustment of Presumptive Values Used in the Claims Resolution Process and Authorizing Additional Payments for Deposited Assets Class Plausible Undocumented Awards, the CRT is hereby requesting the resources to pay these 150 Adjustments through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of these 150 Adjustments is US $ 6,832,861.73.

As set forth in the Adjustments and as required by Article 31(3) of the Rules, the Certified Adjustments shall be paid in full by the Special Masters. Therefore, it is hereby

ORDERED that for the payment of these 150 Adjustments certified by the CRT and approved by the Court the Signatories of the Settlement Fund are hereby ordered to transfer immediately US$ 6,832,861.73 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account;

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Adjustment, which information shall be filed with the Court under seal.

I will issue additional orders approving Adjustments certified by the CRT and transferring further sums from the Settlement Fund as the CRT certifies them to this Court.

Dated: Brooklyn, New York
July 23, 2010

SO ORDERED:

s/Edward R. Korman
Edward R. Korman
United States District Judge