FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 0 3 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IN RE: HOLOCAUST VICTIM ASSETS
LITIGATION

---------------------------------------------------------

This Document Relates to: All Cases

---------------------------------------------------------X

Case No. 09-160 (ERK)(JO)

(Consolidated with CV 96-4849,
CV 96-5161 and CV 97-461)

**MEMORANDUM & ORDER**

## MEMORANDUM & ORDER APPROVING SET 10: 87 ADJUSTMENTS CERTIFIED BY THE CLAIMS RESOLUTION TRIBUNAL PURSUANT TO ARTICLE 31(2) OF THE RULES GOVERNING THE CLAIMS RESOLUTION PROCESS AND AUTHORIZING PAYMENT FROM THE SETTLEMENT FUND

KORMAN, Senior Judge:

As provided under the Settlement Agreement, and in accordance with the procedures established in the December 8, 2000 Memorandum & Order and in the Distribution Plan, and my June 16, 2010 Memorandum and Order Approving Adjustment of Presumptive Values Used in the Claims Resolution Process and Authorizing Additional Payments for Deposited Assets Class Plausible Undocumented Awards, the Claims Resolution Tribunal (the "CRT") is hereby requesting the Court's approval, pursuant to Article 31(2) of the Rules, of 87 Certified Adjustments listed in Annexes A and B and the resources to pay these Adjustments through funds to be deposited in the Swiss Banks Settlement-Dormant Accounts-Payment Account from the Settlement Fund. The total amount of these 87 Adjustments is US $5,057,529.32.

The Certified Adjustments listed in Annexes A and B have been certified by the CRT in accordance with the presumptive value adjustment amounts set forth in my June 16, 2010

Memorandum & Order (*see* chart, "Article 29 Value Presumptions for Accounts with Unknown or Low Values (1945 Values)").

As set forth in the Adjustments and as required by Article 31(3) of the Rules, the Certified Adjustments shall be paid in full by the Special Masters after approval of such Adjustments by the Court. Therefore, it is hereby

ORDERED that the attached 87 Adjustments hereby approved for payment pursuant to Article 31(2) of the Rules;

ORDERED that for the payment of these 87 Adjustments certified by the CRT and approved by the Court, less US $213.09 to reflect the remainder of five payments previously made in the form of the Plausible Undocumented Awards, the Signatories of the Settlement Fund are hereby ordered to transfer immediately US $5,057,316.23 from the Settlement Fund to the Swiss Banks Settlement-Dormant Accounts-Payment Account;

It is further ordered that the Special Masters shall provide the Court with the name and address of every class member receiving an Adjustment which information shall be filed with the Court under seal.

I will issue additional orders approving Adjustments certified by the CRT and transferring further sums from the Settlement Fund as the CRT certifies them to this Court.

Dated: Brooklyn, New York
October ___, 2010

SO ORDERED:

s/Edward R. Korman
_____
Edward R. Korman
United States District Judge

Pursuant to Article 16 of the Rules Governing the Claims Resolution Tribunal, as amended, (the "Rules"), the Claims Resolution Tribunal hereby certifies as of 28 October 2010 the following Adjustments for approval by the Court:

|    | Claim Number(s) | Account Owner Name | Adjustment Amount (USD) |
|----|-----------------|--------------------|-------------------------|
| 1  | 222432 | A. Gerngross A. G. et al | 128,863.64 |
| 2  | 501342 | Alexander, Egon | 1,931.82 |
| 3  | 213969 | *Bankhaus Grünwald & Co. et al* | 1,621.90 |
| 4  | 215271, 501412 | *Bankhaus Sigmund Klopfer Jr., München* | 1,621.89 |
| 5  | 212257, 217104, 500777 | Barta, Alexander | 1,621.90 |
| 6  | 401239 | Beck, Frida | 80,888.43 |
| 7  | 002913, 003534, 710954 | Berenbaum, Leyzor | 1,621.89 |
| 8  | 211496 | Biltz, André et al | 1,621.90 |
| 9  | 223156 | Bloch, Richard | 3,243.80 |
| 10 | 223156 | Bloch, Richard | 1,621.90 |
| 11 | 206714, 206715, 206716 | Blum, Dr. Robert | 82,510.34 |
| 12 | 501818, 501845 | Blumenthal, Grete et al | 163,398.76 |
| 13 | 219339 | Bunescu, Bucur | 1,621.91 |
| 14 | 216575 | Cahn, Estate of Ludwig | 82,510.34 |
| 15 | 752872 | Cohen, A. et al | 1,621.91 |
| 16 | 001320, 215550 | Cohn, Eugen | 1,621.91 |
| 17 | 221914, 221917, 221918 | Dreyfus, Gabrielle et al | 87,376.02 |
| 18 | 220789, 220790, 400246 | Ehrlich, Suzanna | 81,198.35 |
| 19 | 400204, 401922 | Epstein, Oswei | 1,621.90 |
| 20 | 207979, 210460, 215671, 300031 | Ergas, I. Leon | 24,070.24 |
| 21 | 216320, 222153 | Fabrikant, M. | 1,621.89 |
| 22 | 501390, 501441 | Freud, Sigmund | 84,132.23 |
| 23 | 401395 | Gerson, Max | 102,376.05 |
| 24 | 218024, 401255, 704379 | Gerstl, Hermann | 88,533.06 |
| 25 | 726897, | Goldenberg, Samuel | 1,621.90 |

|  | Claim Number(s) | Account Owner Name | Adjustment Amount (USD) |
|---|---|---|---|
|  | 739463 |  |  |
| 26 | 223226, 223227, 224370, 224371, 224372, 224373, 224374, 224375, 224376, 224377, 224378, 224478, 224479, 224480, 224481, 224482, 224483, 224484 | Grigorovitza, Eudoxe | 82,510.32 |
| 27 | 201151, 203942 | Heilbronner, A.M. et al | 1,621.90 |
| 28 | 221526 | Hermann, David et al | 161,776.86 |
| 29 | 221024 | Hitschman, Max | 1,621.90 |
| 30 | 200477, 201872, 209339 | Hohenberg, Rudolf | 1,621.89 |
| 31 | 401181, 401429, 401784, 401950 | Hordliczka, Hermine Marie | 3,243.80 |
| 32 | 005380, 100016 | Horowitz, Osias | 18,243.80 |
| 33 | 224152 | Israel, Albert et al | 409,617.76 |
| 34 | 402251 | Josefowitz, Lydia | 1,621.91 |
| 35 | 207487, 218016 | Kahn, Jacques | 82,510.34 |
| 36 | 400258 | Katz, Rudolf | 100,754.14 |
| 37 | 402254 | Kaufmann, Eduard | 80,888.43 |
| 38 | 773483, 775011 | Kessler, Irene | 309.92 |
| 39 | 219450, 223089, 501651 | Klein, Yvonne Berthe | 309.92 |
| 40 | 218415 | Knopf, Albert | 3,243.80 |
| 41 | 500962, 750026, 754577 | Landau, Fanny | 1,621.91 |
| 42 | 210863, 212552 | Lattes, Ada et al | 6,487.60 |
| 43 | 206908, 208769 | Lefkovits, Leopold | 309.92 |
| 44 | 210402 | Levin, Martin | 163,398.76 |

|    | Claim Number(s) | Account Owner Name | Adjustment Amount (USD) |
|----|---|---|---|
| 45 | 209058, 212321 | Liebermann, Chiel | 163,398.76 |
| 46 | 203508, 219914, 220278 | Lindemann, Leopold | 19,865.70 |
| 47 | 218078 | Maier, Johanna et al | 81,508.26 |
| 48 | 501830 | Mandl, Rosa et al | 63,621.06 |
| 49 | 201643 | Myska, Josef | 1,621.90 |
| 50 | 218005, 220428 | *P.E.Obermann/ Successori B. & S. Sonnenberger* | 82,510.32 |
| 51 | 501775 | Pater, Hugo | 80,888.40 |
| 52 | 215210, 215814 | Pokorny, Josef | 1,621.90 |
| 53 | 218898, 500328 | Pollachi, Charles et al | 326,797.53 |
| 54 | 201375 | Pollak, Dora | 80,888.43 |
| 55 | 217447, 219419 | Reichard, Ernst et al | 1,621.90 |
| 56 | 400313 | Rennert, Moritz | 161,776.88 |
| 57 | 212691, 213778 | Rosenberg, Max | 1,621.90 |
| 58 | 212615, 213817, 750789 | Rosenberg, Selma | 48,863.62 |
| 59 | 209904, 215525 | Rosenthal, Herbert | 1,621.90 |
| 60 | 004127 | Rosenthal, Siegfrid | 80,888.43 |
| 61 | 723567, 788308 | Roth, Ernst | 120.86 |
| 62 | 150138, 784648 | Rothschild, Edwin L. et al | 86,373.98 |
| 63 | 213514 | Sacerdote, Paul | 84,132.21 |
| 64 | 220724 | Sachs, Hugo et al | 82,510.34 |
| 65 | 501579, 501617 | Salzman, Bernard et al | 80,888.42 |
| 66 | 300783, 402179 | Schindler, Julius | 80,888.43 |
| 67 | 004376, 208812, 221034, 500051, 708961, 719033, 751910 | Schmidt, Josef | 18,243.80 |
| 68 | 202333, 702121, 715501, 752826, 771637, 772233, 779326 | Schneider, Jakob | 309.91 |

| | Claim Number(s) | Account Owner Name | Adjustment Amount (USD) |
|---|---|---|---|
| 69 | 004898, 501137, 725426 | Schneider, Rosa | 309.93 |
| 70 | 222160, 224448, 224449, 300374, 401605, 501600, 715585 | Schwarz, Emil | 309.94 |
| 71 | 210159, 220469, 221373, 601148, 728503 | Schwarz, Erna | 309.91 |
| 72 | 210851, 217303 | Sinai, Elvina et al | 100,754.16 |
| 73 | 402244 | Spiro, Bruno | 82,510.34 |
| 74 | 001413, 220123, 789634 | Spitzer, Elisabeth | 82,510.34 |
| 75 | 201563, 215665 | Strauss, Estate of Klara | 15,130.37 |
| 76 | 203999 | Terner, Felix | 80,888.41 |
| 77 | 208998, 215798, 714115 | Traub, M. | 1,621.91 |
| 78 | 222508 | Traub, P.A. | 1,621.90 |
| 79 | 400536, 402225 | Trichter, Paul | 1,621.90 |
| 80 | 220886, 222789 | Uhlman, Richard | 82,510.34 |
| 81 | 205650 | Ullmann, Ernst | 80,888.42 |
| 82 | 217571, 217579, 221320 | Unger, Annie et al | 163,398.75 |
| 83 | 220820, 221142 | Vasen, Hede et al | 82,510.33 |
| 84 | 501477 | Weil, Paula | 80,888.43 |
| 85 | 219929, 785238 | Wenkert, Salomon | 80,888.42 |
| 86 | 206579, 220531, 220757 | Winkler, Rosa | 309.92 |
| 87 | 215280 | Wormser, Jean et al | 333,750.00 |
| | | **TOTAL** | **$ 5,057,529.32** |

# CLAIMS RESOLUTION TRIBUNAL

Deduction for Plausible Undocumented Awards previously issued by the Claims Resolution Tribunal:

| Claim Number(s) | Account Owner Name | Claimant Name | Amount to be deducted (in US $) |
|---|---|---|---|
| 401605 | Schwarz, Emil | Hanna Hareli | $ 38.74 |
| 221373 | Schwarz, Erna | Estate of Eliahu Evenari | $ 38.75 |
| 221373 | Schwarz, Erna | Jessica Mucznik | $ 38.75 |
| 601148 | Schwarz, Erna | Marianne Meijer | $ 77.47 |
| 202333 | Schneider, Jakob | Joseph Schneider | $ 19.38 |
| **Total PUA Deduction Amount in US Dollars** | | | $ 213.09 |
| **Total Set Amount Awarded in US Dollars** | | | $ 5,057,529.32 |
| **Total Net Set Amount (after deduction) in US Dollars** | | | $5,057,316.23 |